DENNIS P. RIORDAN, Esq., No. 69320
DONALD M. HORGAN, Esq., No. 121547
MICHAEL S. ROMANO, Esq., No. 282182
523 Octavia Street
San Francisco, CA 94102
Telephone No. (415) 431-3472
Facsimile No. (415) 552-2703
Email: Dennis@Riordan-Horgan.com

Attorneys for Plaintiff
JOHN DOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C 07 3585 JL |
| Plaintiff, | |
| v. | |
| EDMUND BROWN, Attorney General of California, in his official capacity, | |
| Defendant. | |

**PROOF OF SERVICE**

Proof of Service

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7/11/07 |
| Name of SERVER MICHAEL ROMANO | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:

OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVE, #11000
SAN FRANCISCO, CA

ACCEPTED BY: FLORETTE YEN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/07
         Date

Signature of Server

523 OCTAVIA ST., SAN FRANCISCO
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure