1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA 94102-7004
     Telephone: (415) 703-1362
7    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
8  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN DOE,** | C 07-3585 JL |
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| **EDMUND G. BROWN JR., Attorney General of California,** | |
| Defendant. | |

I, PEGGY S. RUFFRA, declare under penalty of perjury as follows:

1. I am a Supervising Deputy Attorney General for the State of California and have been assigned to represent defendant in this action filed pursuant to 42 U.S.C. § 1983.

2. Plaintiff claims defendant violated the terms of his plea bargain. He avers that 15 years ago he pled nolo contendere to a sex offense and was required to register as a sex offender for life under former Cal. Penal Code § 290(i), which stated that the registration would be kept confidential. After the plea the California Legislature enacted Megan's Law, which requires information about registered sex offenders to be published. Plaintiff seeks specific performance of the plea agreement to prevent the publication of his name and address as a sex offender.

3. The summons in this case was issued on July 11, 2007. The answer is currently due on July

31, 2007.

4. I am unable to respond to the complaint within the 20-day period, because I have been granted permission by the Attorney General of California to file a petition for certiorari in the United States Supreme Court to seek review of the decision in *Henry v. Marshall*, No. 05-16947, where the Ninth Circuit granted an evidentiary hearing on a freestanding claim of actual innocence in a non-capital case. The petition is due by August 14, 2007, and has required my full attention in the last two weeks.

5. Also, I will be out of the office on vacation from July 25, 2007 through July 30, 2007.

6. Today I left a message with plaintiff's counsel, Michael Romano or Dennis Riordan, but to date they have not returned my call to inform me whether they oppose the extension request.

Dated:  July 24, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General


 /s/  PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Defendant

PSR/cfl
SF2007401831
20097604.wpd

Dec. of Counsel in Support of App. for Ext. of Time - C 07-3585 JL