IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN DOE,** | C 07-3585 JL |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN JR., Attorney General of California,** | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 30, 2007, in which to file a response in this case.

DATE: _____

_____
JAMES LARSON
United States District Judge

Proposed Order  - C 07-3585 JL

1