RECEIVED

**FILED** 07 AUG 31 PM 3: 16

SEP 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br><br>        v.<br><br>EDMUND G. BROWN JR., Attorney General of California,<br><br>                              Defendant. | C 07-3585 JL<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and Authorities shall be filed under seal.

DATE: *9-04-07*

_____
JAMES LARSON
United States District Judge

20102990.wpd