DENNIS P. RIORDAN, Esq., No. 69320
DONALD M. HORGAN, Esq., No. 121547
MICHAEL S. ROMANO, Esq., No. 282182
523 Octavia Street
San Francisco, CA 94102
Telephone No. (415) 431-3472
Facsimile No. (415) 552-2703
Email: Dennis@Riordan-Horgan.com

Attorneys for Plaintiff
JOHN DOE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND BROWN,<br>Attorney General of California,<br>in his official capacity,<br><br>    Defendant. | No. C 07 3585 JL<br><br>**STIPULATION FOR CONTINUANCE TO NOVEMBER 7, 2007** |

Plaintiff and Defendant hereby stipulate to continue the hearing on Defendant's Motion to Dismiss (currently scheduled for October 17, 2007) to Wednesday, November 7, 2007, at 9:30 a.m.

DATED: October 5, 2007

/s/  Dennis Riordan
DENNIS P. RIORDAN
Attorney for Plaintiff

/s/  Peggy Ruffra
PEGGY S. RUFFRA
Attorney for Defendant