**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, | No. C 07 3585 JL |
| Plaintiff, | |
| v. | **[Proposed] ORDER** |
| EDMUND BROWN,<br>Attorney General of California,<br>in his official capacity, | |
| Defendant. | |

The hearing on Defendant's Motion to Dismiss is hereby continued to Wednesday, November 7, 2007, at 9:30 a.m.

DATED:

_____
HON. JAMES L. LARSON
United States Magistrate Judge
Northern District of California