**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, ) | No. C 07 3585 JL |
| ) | |
| Plaintiff, ) | |
| ) | [XXXXXXd] [Proposed] ORDER |
| v. ) | |
| ) | |
| EDMUND BROWN, ) | |
| Attorney General of California, ) | |
| in his official capacity, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The hearing on Defendant's Motion to Dismiss is hereby continued to Wednesday, November 7, 2007, at 9:30 a.m.

DATED: October 9, 2007

_____
HON. JAMES L. LARSON
United States Magistrate Judge
Northern District of California