UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE

    Plaintiff(s),                      No. 07-03585 JL

    v.                               NOTICE OF CONTINUANCE

EDMUND BROWN

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on motion to dismiss noticed for November 7, 2007 (and the case management conference) has been continued to January 16, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: October 31, 2007

*Wings Hom*

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                                       1