## CIVIL MINUTES

**Chief Magistrate Judge James Larson**     Juanita Gonzalez- Court Reporter

Date: **January 16, 2008**

Case No: **C07-3585 JL**

Case Name: **John Doe v. Edmund Brown, Jr.**
Plaintiff Attorney(s):Dennis Riordan
Defendant Attorney(s):Peggy Ruffra
Deputy Clerk: **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Deft's mo to dismiss | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ] Court

Notes:

cc: Venice, Kathleen,