DENNIS P. RIORDAN, Esq., No. 69320
DONALD M. HORGAN, Esq., No. 121547
MICHAEL S. ROMANO, Esq., No. 282182
523 Octavia Street
San Francisco, CA 94102
Telephone No. (415) 431-3472
Facsimile No. (415) 552-2703
Email: Dennis@Riordan-Horgan.com

Attorneys for Plaintiff
JOHN DOE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND BROWN,<br>Attorney General of California,<br>in his official capacity,<br><br>　　　　Defendant. | No. C 07 3585 JL<br><br>**STIPULATION AND<br>[PROPOSED] ORDER** |

Plaintiff and Defendant hereby stipulate to calendar a status conference hearing on Wednesday, April 30, 2008 at 10:30 a.m.

DATED: April 23, 2008

　　　　　　　　　　　　　　　　　　　　/s/  Dennis Riordan
　　　　　　　　　　　　　　　　　　　　DENNIS P. RIORDAN
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　/s/  Peggy Ruffra
　　　　　　　　　　　　　　　　　　　　PEGGY S. RUFFRA
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant