**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, | ) No. C 07 3585 JL |
| Plaintiff, | ) |
| | ) **[Proposed] ORDER** |
| v. | ) |
| EDMUND BROWN, Attorney General of California, in his official capacity, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the status conference hearing be held on April 30, 2008 at 10:30 a.m.

DATED:

                                       _____
                                       HON. JAMES L. LARSON
                                       United States Magistrate Judge
                                       Northern District of California