**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, | No. C 07 3585 JL |
| Plaintiff, | |
| v. | ~~[Proposed]~~ ORDER |
| EDMUND BROWN,<br>Attorney General of California,<br>in his official capacity, | |
| Defendant. | |

IT IS HEREBY ORDERED that the status conference hearing be held on April 30, 2008 at 10:30 a.m.

DATED:  April 14, 2008

_____
HON.  JAMES L. LARSON
United States Magistrate Judge
Northern District of California