## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          **FTR 11:16-11:25**
                                                 **(09 min)**

Date: **April 30, 2008**

Case No: **C07-3585 JL**

Case Name:  **John Doe v. Edmund Brown, Jr.**
Plaintiff  Attorney(s):Dennis Riordan
Defendant Attorney(s):Peggy Ruffra
Deputy Clerk:  **Wings Hom**

 **Motions**                                     **RULING:**
1.
2.
3.
4.
5.
6.

[ ]Case Management Conference  [ x] Status Conference- held  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**7-16-08 @ 10:30 a.m. for fur CMC

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court


Notes: Counsel to exchange declarations and discuss need for depositions before summary judgt mo.



cc: Venice, Kathleen,