## CIVIL MINUTES

**Chief Magistrate Judge James Larson**            FTR 10:36-10:40
                                                                                  (04 min)

Date: **July 16, 2008**

Case No: **C07-3585 JL**

Case Name:  **John Doe v. Edmund Brown, Jr.**
Plaintiff  Attorney(s): Michael Romano
Defendant Attorney(s):Peggy Ruffra
Deputy Clerk:  **Wings Hom**

 **Motions**                                                                **RULING:**
1.
2.
3.
4.
5.
6.

[ x] Fur Case Management Conference - held [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ] Court


Notes: Deft to file mo for summ judgt (to be heard in October).




cc: Venice, Kathleen,