UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Edmund Brown, et al.,<br><br>    Defendants. | No. C 07-3585 JL<br><br>**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Docket # 12)** |

The Court hereby grants the motion to remove an incorrectly filed document.

IT IS SO ORDERED.

DATED: August 7, 2008

                                                                              James Larson<br>
                                                                              Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-3585\Order grant 12.wpd