IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN DOE,** | C 07-3585 JL |
| Plaintiff, | [~~PROPOSED~~] **ORDER RELEASING TRANSCRIPT OF EVIDENTIARY HEARING** |
| v. | |
| **EDMUND G. BROWN Jr., Attorney General of California,** | |
| Defendant. | |

GOOD CAUSE APPEARING, the Court orders that the transcript of the evidentiary hearing held on January 16, 2009, may be released to counsel for defendant. All other confidentiality provisions previously ordered in this case shall remain in effect.

Dated: February 13, 2009

Hon. James Larson
United States Magistrate Judge

[Proposed] Order Unsealing Transcript of Evidentiary Hearing - C 07-3585 JL

1