# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | ) No. C 07 3585 JL |
| Plaintiff, | ) |
| v. | ) [~~Proposed~~] |
| EDMUND BROWN, | ) ORDER |
| Attorney General of California, in his official capacity, | ) |
| Defendant. | ) |

The briefing schedule set on January 16, 2009, is hereby amended as follows: Plaintiff will file an opening brief concerning the evidentiary hearing in this case by Monday, March 9, 2009. Defendant will file an opposition brief by Wednesday, April 8, 2009. Plaintiff will file a reply brief by Wednesday, April 22, 2009.

**IT IS SO ORDERED.**

**DATED:** March 4, 2009

_____
**Hon. James Larson**
**United States Magistrate Judge**