DENNIS P. RIORDAN, Esq., No. 69320
DONALD M. HORGAN, Esq., No. 121547
MICHAEL S. ROMANO, Esq., No. 282182
523 Octavia Street
San Francisco, CA 94102
Telephone No. (415) 431-3472
Facsimile No. (415) 552-2703
Email: Dennis@Riordan-Horgan.com

Attorneys for Plaintiff
JOHN DOE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND BROWN,<br>Attorney General of California,<br>in his official capacity,<br><br>　　　　Defendant. | No. C 07 3585 JL<br><br>**STIPULATION AND ORDER RESERVING JURISDICTION TO AWARD ATTORNEYS' FEES AND EXPENSES FOLLOWING DETERMINATION OF APPELLATE PROCEEDINGS** |

IT IS STIPULATED, by and between the parties through their counsel of record, that the interests of justice and judicial economy warrant an order postponing resolution of Plaintiff's application for attorneys' fees and expenses pursuant to 42 U.S.C. § 1988, and the amount of such fees and expenses, if any, to and including August 1, 2010.

//

//

//

//

**Stipulation and Order Reserving Jurisdiction
to Award Attorneys' Fees and Expenses Following
Determination of Appellate Proceedings**　　　　　　　　　　　　　　　　　　1

IT IS FURTHER STIPULATED that the parties request that the Court enter an order reserving jurisdiction to award attorneys' fees and expenses, with pending final resolution of this matter, pursuant to Fed. R. Civ. P. 6(b) and 54(d)(2)(B).

Respectfully submitted,

Dated: March 18, 2010

/s/ Dennis Riordan
DENNIS P. RIORDAN
Attorney for Plaintiff
JOHN DOE

Dated: March 18, 2010

/s/ Peggy Ruffra
PEGGY S. RUFFRA
Supervising Deputy Attorney General
Attorney for Defendant

## ORDER

Pursuant to this stipulation, IT IS SO ORDERED.

Dated: May 5, 2010

_____
HONORABLE JAMES LARSON
U.S. Magistrate Judge

**Stipulation and Order Reserving Jurisdiction to Award Attorneys' Fees and Expenses Following Determination of Appellate Proceedings**

2